UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **MCKAYLA LONG ET AL** | **CASE NO. 6:22-CV-03301** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U S COMMISSIONER OF SOCIAL SECURITY** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the Commissioner's decision be **REVERSED** and **REMANDED** to the Commissioner pursuant to the fourth sentence of 42 U.S.C. § 405(g) for additional findings at Step 3 and a comprehensive analysis of the claimant's residual functional capacity during the relevant time period. The claimant shall be afforded the opportunity to submit updated medical evidence and to testify at another hearing.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 2nd day of October, 2023.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE